167 So.2d 301

**Melda McKay LONG**

v.

**W. O. LONG and/or State of Louisiana in the interest of the minors Rhonda Beth Long, Rodney Dale Long, and Ronald Gene Long.**

No. 47485.

Sept. 23, 1964.

In re: Patsy Jo McDowell applying for writs of certiorari, mandamus and prohibition.

The application is denied. Since the motion for recusation has been assigned for a hearing on Sept. 28, 1964, the matter has become moot. See letter from Ralph M. Kelton, Esq., filed in the record.

167 So.2d 301

**Lucille Marie PERRIN, widow and surviving spouse in community of Joseph E. BLUM, et al.**

v.

**Shepard M. LATTER et al.**

No. 47336.

Sept. 28, 1964.

In re: Lucille Marie Perrin, widow and surviving spouse in community of Joseph E. Blum, et al., 163 So.2d 189.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

HAMITER, J., recused.